No. 639. STERN ET AL., COMMITTEE OF WAGE EARNERS OF DEBTOR, *v.* PENNSYLVANIA CENTRAL BREWING CO., BANKRUPT. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third

Circuit denied. *Mr. J. Julius Levy* for petitioners.